**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
  *Plaintiff-Appellee,*

v.

MEASHA LAMONT FEARRINGTON,
  *Defendant-Appellant.*

No. 02-4340

Appeal from the United States District Court
for the Middle District of North Carolina, at Durham.
Frank W. Bullock, Jr., District Judge.
(CR-01-344-1)

Submitted: October 10, 2002

Decided: October 18, 2002

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**COUNSEL**

Louis C. Allen III, Federal Public Defender, William S. Trivette, Assistant Federal Public Defender, Greensboro, North Carolina, for Appellant. Anna Mills Wagoner, United States Attorney, Michael F. Joseph, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

## OPINION

PER CURIAM:

Measha Lamont Fearrington appeals the district court's order denying his motion to suppress evidence from a search pursuant to his intensive probation, and his subsequent conviction of possession of a firearm by a convicted felon, 18 U.S.C. § 922(g) (2000).

We review the factual findings underlying a motion to suppress for clear error, while reviewing the legal determinations de novo. *See United States v. Rusher*, 966 F.2d 868, 873 (4th Cir. 1992). When a suppression motion has been denied, this court reviews the evidence in the light most favorable to the government. *See United States v. Seidman*, 156 F.3d 542, 547 (4th Cir. 1998). It is the role of the fact finder to observe the witnesses and weigh their credibility during pretrial motions to suppress, and we accord great deference to these findings. *See United States v. Murray*, 65 F.3d 1161, 1169 (4th Cir. 1995).

We have reviewed the record and the district court's denial of the motion to suppress and find no reversible error. Accordingly, we affirm on the reasoning of the district court as stated from the bench during the hearing of November 6, 2001. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*